```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 11225
     KEVIN MAYHAND
                                                    CHAPTER 13

                                                    JUDGE: JACK B SCHMETTERER

           Debtor
     SSN XXX-XX-0779


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/22/2007 and was not confirmed.

     The case was dismissed without confirmation 09/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------

CHILD SUPPORT ENFORCEMEN  DSO ARREARS     NOT FILED            .00            .00
CHILD SUPPORT ENFORCEMEN  UNSECURED       NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED            .00            .00
CALVARY PORTFOLIO SVCS    UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED        12600.00            .00            .00
COLLECTION COMPANY OF AM  UNSECURED       NOT FILED            .00            .00
CORPORATE                 UNSECURED       NOT FILED            .00            .00
FALLS COLLECTION SERVICE  UNSECURED       NOT FILED            .00            .00
HSBC/TAX                  UNSECURED       NOT FILED            .00            .00
KCA FINANCIAL SERVICES    UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          278.53            .00            .00
NORTHWEST COLLECTION      UNSECURED       NOT FILED            .00            .00
PALISADES COLLECTIONS     UNSECURED         3844.08            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         5439.72            .00            .00
SALLIE MAE LSCF           UNSECURED       NOT FILED            .00            .00
SALLIE MAE LSCF           UNSECURED       NOT FILED            .00            .00
VANRU CREDIT              UNSECURED       NOT FILED            .00            .00
WEST ASSET                UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1030.33            .00            .00
B-REAL LLC                UNSECURED          311.92            .00            .00
ISAC                      UNSECURED         6918.00            .00            .00
IL DEPT OF HEALTHCARE &   PRIORITY          5495.87            .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY     2,000.00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                       .00
SECURED                                                        .00
UNSECURED                                                      .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11225 KEVIN MAYHAND
```

```
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                      ---------------    ---------------
TOTALS                                           .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```